## EX PARTE POWELL.

No. 58, Misc.   Decided October 19, 1959.

Petitioner *pro se*.

*MacDonald Gallion,* Attorney General of Alabama, and *James W. Webb,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is vacated and the case is remanded to the District Court for a full hearing.   *Ellis* v. *United States,* 356 U. S. 674.